

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-13-00197-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR**. An
Incapacitated Person,
Appellant
From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011PB000081L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Motion for Rehearing
and Motion for En Banc Reconsideration is GRANTED. The motion for rehearing and en banc
reconsideration if any, are due on April 7, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 5th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court